IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>**STEPHANIE LYNN FAHLGREN,**<br><br>  Defendant. | CR NO: 2:24-CR-00213-WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Stephanie Lynn Fahlgren
Detained at: Sutter County Jail
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 1708 – Possession of Stolen Mail
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ R. Alexander Cárdenas* |
| Printed Name & Phone No: | R. Alexander Cárdenas, 916-554-2758 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 23, 2024        /s/ Carolyn K. Delaney
                Honorable Carolyn K. Delaney
                CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☒ Female | |
| Booking or CDC #: | 103519 | DOB: | 12/24/1976 |
| Facility Address: | 1077 Civic Center Blvd, Yuba City, CA | Race: | |
| Facility Phone: | (530) 822-7307 | FBI#: | 406233TB7 |
| Currently | Sutter County Jail | | |

## RETURN OF SERVICE

Executed on: _____    _____
                       (signature)