HEATHER E. WILLIAMS, SBN# 122664
Federal Defender
ANDREW FRANCISCO, DC SBN #1619332
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
STEPHANIE FAHLGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE FAHLGREN,<br><br>Defendant. | Case No. 2:24-CR-00213-WBS<br><br>**REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant STEPHANIE FAHLGREN hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix

in her absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: December 5, 2024                 */s/ Stephanie Fahlgren*
                                        STEPHANIE FAHLGREN
                                        Defendant

Date: December 5, 2024                  */s/ Andrew Francisco*
                                        ANDREW FRANCISCO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEPHANIE FAHLGREN

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 6, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE