PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>STEPHANIE LYNN FAHLGREN,<br><br>                    Defendant. | CASE NO. 2:24-CR-0213-WBS<br><br>ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: Jan. 21, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

ORDER

1

**FINDINGS AND ORDER**

1. On December 16, 2024, counsel for both parties appeared for a status hearing before this Court. For the reasons stated on the record, the Court continued the status conference to January 21, 2025 at 10:00 a.m.

2. Based on the representations and stipulation of the parties, the Court found that time should be excluded between December 16, 2024 and January 21, 2025 under Local Code T4 for defense preparation.

3. The Court asked the government to submit a proposed written order memorializing the oral findings and order made at the hearing.

4. The Court hereby finds the following:

   a) The government has represented that 322 pages of discovery had been produced to defense counsel, and that an additional 457 pages of discovery containing victims' personal identifying information had been made available for defense inspection.

   b) Counsel for defendant desire additional time to review this discovery and to otherwise prepare for trial.

   c) The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from December 16, 2024, through January 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///

6.  Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO ORDERED.

Dated: December 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE