HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW FRANCISCO, DISTRICT OF COLUMBIA #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
STEPHANIE LYNN FAHLGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHANIE LYNN FAHLGREN, <br><br> Defendants. | Case No.   2:24-cr-00213-WBS-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> DATE:   January 21, 2025 <br> TIME:    10:00 a.m. <br> JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference currently scheduled for January 21, 2025 at 10:00 a.m. be continued to **March 17, 2025 at 10:00 a.m.**

Defense counsel requests the additional time in order complete the review of the case discovery and to consider a possible plea agreement. This continuance is necessary to accommodate the parties' schedule. The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 17, 2025;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

1  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2

3                                                    Respectfully submitted,

4                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
5

6  DATED: January 15, 2025                           */s/ Andrew Francisco*
                                                     ANDREW FRANCISCO
7                                                    Assistant Federal Defender
                                                     Attorneys for Defendant
8                                                    STEPHANIE LYNN FAHLGREN

9

10
                                                     PHILLIP A. TALBERT
11                                                   United States Attorney

12
   DATED:  January 15, 2025                          */s/ R. Alex Cárdenas*
13                                                   R. ALEX CÁRDENAS
                                                     Assistant United States Attorney
14                                                   Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 17, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered that the status conference currently scheduled for January 21, 2025, at 10:00 a.m. is hereby continued to **March 17, 2025 at 10:00 a.m.**

Dated:  January 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE