1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  STEPHANIE FAHLGREN

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.: 2:24-cr-0213 WBS |
12 |     Plaintiff, | |
13 | vs. | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
14 | STEPHANIE LYNN FAHLGREN, | |
15 |     Defendant. | Date:   March 17, 2025 |
16 | | Time:   10:00 a.m. |
                                   Court:  Hon. William B. Shubb

17

18

19

20    Plaintiff United States of America by and through Assistant United States Attorney R.

21 Alex Cardenas, and Attorney Todd Leras on behalf of Defendant Stephanie Fahlgren, stipulate as

22 follows:

23   1.  This matter is presently set for a status conference on March 17, 2025.  The parties

24       request that the status conference be continued to April 28, 2025, at 10:00 a.m.  The

25       parties further request that the time between March 17, 2025, and April 28, 2025, be

26

27       excluded for attorney preparation.

28 ORDER CONTINUING
   STATUS CONFERENCE

2. Attorney Todd Leras requested to substitute into the case as appointed counsel in place of the Office of the Federal Defender on January 29, 2025.  The Court approved the request on January 30, 2025.  (ECF Document 30).

3. This case involves charges of possession of stolen mail, possession of mail keys or locks, and unauthorized possession of fifteen or more access devices.  Discovery in the case contains protected personal identifying information and is subject to a protective order.  (ECF Document 24).  The protective order requires defense counsel or an authorized defense representative to maintain control of personal identifying information.  These materials may not be copied and provided to Ms. Fahlgren for review on her own.

4. The government provided disclosure of discovery materials to substitute defense counsel by a letter, dated February 18, 2025.  The discovery disclosure consists of 2,216 pages of reports, recordings, photographs, and other materials produced during law enforcement's investigation of this matter.

5. Defendant Stephanie Fahlgren is being held in pre-trial custody at the Butte County Jail in Oroville, California.  The Butte County Jail is approximately 85 miles from defense counsel's downtown Sacramento office.  All meetings with Ms. Fahlgren to review protected discovery materials, discuss case developments, and to review and plan defense investigation require travel to the Butte County Jail.

6. The defense requires additional time to review the protected discovery materials with Ms. Fahlgren and to conduct its own investigation of potential defenses in this matter.  Based on the necessary travel required for discovery review and defense investigation, defense counsel requests to continue the status conference in this matter to April 28,

ORDER CONTINUING
STATUS CONFERENCE

2025. The government does not oppose the request.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 17, 2025, to April 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Fahlgren's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney R. Alex Cardenas has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: March 11, 2025                MICHELLE BECKWITH
                                     Acting United States Attorney

                                     By   */s/ Todd D. Leras for*
                                          R. ALEX CARDENAS
                                          Assistant United States Attorney


DATED: March 11, 2025

                                     By   */s/ Todd D. Leras*
                                          TODD D. LERAS
                                          Attorney for Defendant
                                          STEPHANIE FAHLGREN


**ORDER**

ORDER CONTINUING
STATUS CONFERENCE

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for March 17, 2025, is vacated. A new status conference is set for **April 28, 2025, at 10:00 a.m.** The Court further finds, based on the representations of the parties and Defendant Fahlgren's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 17, 2025, up to and including April 28, 2025.

IT IS SO ORDERED.

Dated: MARCH 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
STATUS CONFERENCE